United States District Court
Southern District of Texas
**ENTERED**
January 12, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:15-CR-993 |
| | § | |
| CECILIO SHILON-MENDEZ | § | |

## ORDER

On this date came on to be considered the Findings and Recommendation on Plea of Guilty of the United States Magistrate Judge, filed in the above-styled and numbered cause. Pursuant to 28 U.S.C. §636(b), this Court referred to the Magistrate Judge for the administration of defendant's guilty plea and allocution under Rule 11 of the Federal Rules of Criminal Procedure.  See United States v. Dees, 125 F. 3d 261, 263 (5th Cir. 1997).  Defendant consented to the administration of the guilty plea and allocution by the Magistrate Judge.

Any party who desires to object to a Magistrate Judge's findings and recommendations must serve and file his written objections within fourteen (14) days after being served with a copy of them.  The time for filing objections has passed.  No objections to the Findings and Recommendation have been filed.

Because no party has objected to the Magistrate Judge's Findings and Recommendation, the Court need not conduct a de novo review.  See 28 U.S.C. §636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made.")  The Court has reviewed the Findings and Recommendation and finds it to be neither clearly erroneous nor contrary to law.  There having been no objections or other opposition made to the findings of fact and conclusions of law of the Magistrate Judge's Findings and Recommendation, accordingly,

IT IS ORDERED that the Findings and Recommendation of the United States Magistrate Judge filed in this cause be and is accepted pursuant to 28 U.S.C. § 636(b)(1) such that defendant's guilty plea is ACCEPTED.

The Court will accept the defendant's guilty plea as to Count One (1) of the Indictment.

SIGNED and ORDERED this 12th day of January, 2016.

*Janis Graham Jack*
Janis Graham Jack
Senior United States District Judge